WAGNER v. MORRIS, United States District Judge, D. Md. (Circuit Court of Appeals, Fourth Circuit. May 14, 1897.) No. 228. Petition for mandamus to direct clerk of United States circuit court of the district of Maryland to file certain suits. John W. Clark, for petitioner. Mandamus refused, and petition dismissed.

---

WALTER BAKER & CO., Limited, v. SANDERS et al. (Circuit Court of Appeals, Second Circuit. May 26, 1897.) No. 126. Appeal by Complainant from a Decree of the Circuit Court of the United States for the Southern District of New York.

PER CURIAM. The facts in this case, which deals with unfair competition in the sale of cocoa, are so nearly identical with those in the chocolate case between the same parties (No. 125; 26 C. C. A. 220, 80 Fed. 889) that it is unnecessary to discuss them. A mandate will issue in this case similar to that in No. 125.

---

WEST MICHIGAN FURNITURE CO. v. AMSTERDAMSCHE BANK. (Circuit Court of Appeals, Sixth Circuit. February 2, 1897.) No. 494. In Error to the Circuit Court of the United States for the Western District of Michigan. Dismissed, with costs, on motion of McGarry & Nichols, counsel for plaintiff in error.

---

YELLOW POPLAR LUMBER CO. v. PAUL, United States District Judge, W. D. Va. (Circuit Court of Appeals, Fourth Circuit. May 6, 1897.) No. 214. John N. Baldwin, for petitioner. No opinion. Petition for mandamus dismissed, on motion of attorney for petitioner.

---

AMERICAN FREEHOLD LAND–MORTGAGE CO. OF LONDON, Limited, v. POTTER. (Circuit Court N. D. New York. August 18, 1897.) Bill by the American Freehold Land-Mortgage Company of London, Limited, against Huldah A. Potter. Decree for complainant. P. Tecumseh Sherman and W. Pierrepont White, for plaintiff. William F. Cogswell and William N. Cogswell, for defendant.

PER CURIAM. This cause presents the same questions as those decided in the action against Woodworth (82 Fed. 269). A similar order should be entered.